■ HARRY LEWIS, Appellant, v GLOBE INDEMNITY COMPANY, Respondent. —Judgment, Supreme Court, New York County, entered on May 6, 1975, unanimously affirmed for the reasons stated by Williams, J., at Trial Term,

without costs and without disbursements. Concur—Murphy, J. P., Birns, Silverman, Capozzoli and Nunez, JJ.